UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEARNEY CONSTRUCTION
COMPANY, LLC,

    Plaintiff,

v.                                  Case No: 8:09-cv-1850-T-30TBM

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
FLORIDA SOIL CEMENT, LLC,
FLORIDA TRUCKING CO., INC.,
ALAN PAYNE, BRIAN W. SEEGER,
CK EQUIPMENT, LLC and HOT
SPRINGS TRAVEL CENTER, LLC,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon Travelers Casualty & Surety Company of America's Motion for Preliminary Injunction (Dkt. #441) and Payne's Memorandum in Opposition to Travelers' Motion for Preliminary Injunction (Dkt. #472). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Travelers Casualty & Surety Company of America's Motion for Preliminary Injunction (Dkt. #441) is DENIED for the same reasons that the Court dissolved (Dkt. #463) the Temporary Restraining Order (Dkt. #442) issued on December 30, 2014.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of January, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2009\09-cv-1850 prelim inj 441.docx