UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEARNEY CONSTRUCTION COMPANY
LLC,

      Plaintiff,

v.                                          Case No. 8:09-cv-1850-T-30-TBM

TRAVELERS CASUALTY &
SURETY COMPANY OF AMERICA,

      Defendant.

v.

KEARNEY CONSTRUCTION
COMPANY, LLC, et al.

      Third Party Defendants.
_____/

**NOTICE OF DISCHARGE OF NOTICE OF LIS PENDENS (DOC. 984) WITH PREJUDICE**

Plaintiff TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, by its attorneys, hereby discharges with prejudice, the Notice of Lis Pendens (Doc. 984), previously filed in the above-styled cause, and extended by Order (Doc. 1012), and recorded in the Public Records for Hillsborough County, Florida as Instrument Nos. 2020054024 and 2020054157.

Dated: May 13, 2021.

                                                MILLS PASKERT DIVERS
                                                100 North Tampa Street
                                                Suite 3700
                                                Tampa, Florida 33602
                                                Ph.: (813) 229-3500 / Fax: (813) 229-3502
                                                *Attorneys for Travelers*

                                                By: /s/ Matthew G. Davis
                                                    Matthew G. Davis, Esq.
                                                    Florida Bar No. 58464
                                                    Email: mdavis@mpdlegal.com
                                                    Alberta L. Adams, Esq.
                                                    Florida Bar No. 80063
                                                    Email: aadams@mpdlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Court's CM/ECF system which will provide service via electronic mail to all registered participants listed, Michael Carey, Esquire (mcarey@careyomalley.com; mrcast@careyomalley.com); Bill Collins, Esquire (bill@williamcollinslaw.com); and Frank Miranda, Esquire (frank@fmlaw.com; lourdes@fcmlaw.com) on May 13, 2021.

/s/ Matthew G. Davis
ATTORNEY