UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEARNEY CONSTRUCTION COMPANY
LLC,

          Plaintiff,

v.                                        Case No. 8:09-cv-1850-T-30-TBM

TRAVELERS CASUALTY &
SURETY COMPANY OF AMERICA,

          Defendant.

v.

KEARNEY CONSTRUCTION
COMPANY, LLC, et al.

          Third Party Defendants.
_____/

## FINAL SATISFACTION OF JUDGMENTS

Travelers Casualty and Surety Company ("Travelers"), the owner and holder of that certain Judgment in a Civil Case (hereafter "Judgment") entered against Defendants Bing Charles W. Kearney, Brian Seeger, Alan Payne, Kearney Development Company, Inc., K&S Equipment Company, Inc., Florida Soil Cement, LLC and Florida Fuel Transporters, LLC (collectively, the "Indemnitors") and recorded as Instrument #2014337904 in O.R. Book 22846, Pages 75-76, and as Instrument #2015104306 in O.R. Book 23154, Pages 1287-1291, of the Public Records of Hillsborough County, Florida, acknowledges full and final satisfaction of the Judgment; and hereby releases and discharges the Indemnitors from the Judgment and from any and all liens resulting from the Judgment.

Furthermore Travelers, the owner and holder of that certain Final Judgment in a Civil Case entered against Defendant Bing Charles W. Kearney ("Fee Judgment"), and recorded as

Instrument #2019429701 in O.R. Book 27005, Pages 372-373, of the Public Records of Hillsborough County, Florida, acknowledges full and final satisfaction of the Fee Judgment; and hereby releases and discharges Bing Charles W. Kearney from the Fee Judgment and from any and all liens resulting from the Fee Judgment.

Dated: May 13, 2021.

MILLS PASKERT DIVERS
100 North Tampa Street
Suite 3700
Tampa, Florida 33602
Ph.: (813) 229-3500 / Fax: (813) 229-3502
*Attorneys for Travelers*

By: /s/ Matthew G. Davis
Matthew G. Davis, Esq.
Florida Bar No. 58464
Email: mdavis@mpdlegal.com
Alberta L. Adams, Esq.
Florida Bar No. 80063
Email: aadams@mpdlegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Court's CM/ECF system which will provide service via electronic mail to all registered participants listed, Michael Carey, Esquire (mcarey@careyomalley.com; mrcast@careyomalley.com); Bill Collins, Esquire (bill@williamcollinslaw.com); and Frank Miranda, Esquire (frank@fmlaw.com; lourdes@fcmlaw.com) on May 13, 2021.

/s/ Matthew G. Davis
ATTORNEY

2