UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEARNEY CONSTRUCTION COMPANY LLC,

    Plaintiff,

v.                                                                                       Case No. 8:09-cv-1850-T-30-TBM

TRAVELERS CASUALTY &
SURETY COMPANY OF AMERICA,

    Defendant.

v.

KEARNEY CONSTRUCTION COMPANY, LLC, BING CHARLES W. KEARNEY, BRIAN W. SEEGER, ALAN PAYNE, FLORIDA TRUCKING CO., INC., FLORIDA EQUIPMENT CO., LLC., KEARNEY CONSTRUCTION COMPANY, INC., AVT EQUIPMENT LLC, KEARNEY DEVELOPMENT COMPANY, INC., K & S EQUIPMENT COMPANY, INC., FLORIDA SOIL CEMENT, LLC, FLORIDA FUEL TRANSPORTERS, LLC.,

    Third Party Defendants.
_____/

**TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA'S
NOTICE OF LAW FIRM NAME CHANGE AND EMAIL ADDRESSES**

Travelers Casualty & Surety Company of America ("Travelers") gives notice of the change of name of its attorneys' law firm from MILLS PASKERT DIVERS to PASKERT DIVERS THOMPSON. Travelers also gives notice of the primary and secondary email addresses of its counsel as follows:

    Counsel's name:                    Alberta L. Adams

                                                       Matthew G. Davis

| | |
|---|---|
| Primary email address: | aadams@pdtlegal.com |
| | mdavis@pdtlegal.com |
| Secondary email address: | Lpeterson@pdtlegal.com |
| | jdorta@pdtlegal.com |

Respectfully submitted,

/s/ Alberta L. Adams
ALBERTA L. ADAMS
Florida Bar No. 80063
aadams@pdtlegal.com
MATTHEW G. DAVIS
Florida Bar No.: 58464
mdavis@pdtlegal.com
PASKERT DIVERS THOMPSON
100 North Tampa St., Suite 3700
Tampa, FL 33602
(813) 229-3500
(813) 229-3502 (FAX)
*Attorneys for Travelers*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF, which provided electronic notice to all counsel of record.

/s/ Alberta L. Adams
Attorney